FILED
APR - 5 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:06CR95-MHT |
| | ) [21 USC 841(a)(1); |
| DEXTER WAYNE SNIPES | ) 21 USC 844(a); |
| | ) 18 USC 924(c)(1)(A)(i); |
| | ) 18 USC 922(g)(1)] |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 4th day of November, 2005, in Macon County, within the Middle District of Alabama,

DEXTER WAYNE SNIPES,

defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance which contains cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about the 4th day of November, 2005, in Macon County, within the Middle District of Alabama,

DEXTER WAYNE SNIPES,

defendant herein, did knowingly and intentionally possess marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## COUNT 3

On or about the 4th day of November, 2005, in Macon County, within the Middle District of Alabama,

DEXTER WAYNE SNIPES,

defendant herein, did knowingly use and carry an Armi Fabri, Model GT 380, .380 Caliber Pistol, bearing SN T67385, and a HiPoint, Model CF 380, .380 Caliber Pistol, bearing SN P782936, during and in relation to a drug trafficking offense as charged in Count 1 herein, and did possess said firearms in furtherance of a drug trafficking offense as charged in Count 1 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

On or about the 4th day of November, 2005, in Macon County, within the Middle District of Alabama,

DEXTER WAYNE SNIPES,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| May 14, 1991 | Circuit Court of Macon County, Alabama | CC-90-036 | Possession of Controlled Substance |
| October 8, 1992 | Circuit Court of Macon County, Alabama | CC-92-154 | Possession of Controlled Substance |

2

| December 20, 1996 | U.S. District Court Middle District of Alabama | CC-3:96cr-157-001 | Felon in Possession of Firearm |

did knowingly possess, in and affecting commerce, the ammunition and the firearms listed below:

1. Armi Fabri, Model GT 380, .380 Caliber Pistol, SN T67385.

2. HiPoint, Model CF 380, .380 Caliber Pistol, SN P782936

3. HiPoint, Model JCP, .40 Caliber Pistol, SN X704309..

4. North China Industries, Model SKS, 7.62 Caliber Rifle, SN 600668.

5. Winchester, Model 1911, 12 Gauge Shotgun, SN 30755.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Counts 1-4 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 4 of this indictment, the defendant,

DEXTER WAYNE SNIPES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**Armi Fabri, Model GT 380, .380 Caliber Pistol, SN T67385.**

**HiPoint, Model CF 380, .380 Caliber Pistol, SN P782936**

**HiPoint, Model JCP, .40 Caliber Pistol, SN X704309..**

**North China Industries, Model SKS, 7.62 Caliber Rifle, SN 600668.**

**Winchester, Model 1911, 12 Gauge Shotgun, SN 30755.**

C.　If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)　cannot be located upon the exercise of due diligence;

(2)　has been transferred, sold to, or deposited with a third person;

(3)　has been placed beyond the jurisdiction of the court;

(4)　has been substantially diminished in value; or,

(5)　has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney