IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 3:06cr95-MHT |
| ) | |
| DEXTER WAYNE SNIPES ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for April 19, 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: DEXTER WAYNE SNIPES before the United States District Court at 4B Courtroom, on the 19th day of April, 2006, at 10:00 a.m.

DONE, this the 6th day of April, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _____
    Deputy Clerk

cc:    Dexter Wayne Snipes
       Federal Defender
       United States Attorney
       United States Pretrial Services
       United States Probation Office