| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE  DATE: April 12, 2006
❏ BOND HEARING
❏ DETENTION HEARING  Digital Recording 1:26 - 1:40
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 3:06cr95-MHT    **DEFENDANT NAME:** Dexter Wayne Snipes
**AUSA:** Tommie Hardwick    **DEFT. ATTY:** Kevin Butler
**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
**USPO/USPTS:** Ron Thweatt
**Interpreter needed:** ( √ ) NO; ( )YES  Name:

---

| | |
|---|---|
| √ | Date of Arrest April 12, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney ** |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

** Federal Defender has a conflict in this case. Defendant wants to represent himself. Court will appoint CJA Panel Attorney to meet with defendant to discuss the fact that defendant wants to represent himself and whether or not Panel Attorney will only be stand-by counsel.

**Mr. Snipes is detained on previous case pending sentencing, therefore motion for detention is not necessary at this point.**
**Arraignment to be set by order.**
**Court directs that discovery be turned over to defendant and CJA Panel Attorney at arraignment.**

Case 3:06-cr-00095-MHT-CSC   Document 7   Filed 04/12/2006   Page 2 of 2