IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 3:06cr95-MHT |
| | ) |
| DEXTER WAYNE SNIPES | ) |

## ORDER

The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that CJA panel attorney, Roianne Houlton Conner, be appointed to represent the defendant for all further proceedings. The CJA panel attorney shall file a written notice of appearance with this Court.

DONE, this 17th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE