**COURTROOM DEPUTY MINUTES**    **DATE:** April 19, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 10:50 – 11:07

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☑ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **3: 06CR95-MHT-CSC**    DEFT. NAME: **DEXTER WAYNE SNIPES**

USA: **TOMMIE HARDWICK**    ATTY: **ROIANNE HOULTON CONNER**

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO: _____

As Stand-by Counsel.

Defendant ___does___ does NOT need an interpreter; NAME _____

- ☐ Kars.  Date of Arrest _____ or ☐ karsr40
- ☑ kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ **DETENTION HRG** ☐ held; ☐ set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
- ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☑ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.  ARRAIGNMENT SET FOR:_____ ☑ **HELD.** Plea of **NOT GUILTY** entered.
   ☑ Trial Term **8/7/06**; ☐ PRETRIAL CONFERENCE DATE: _____
   ☑ DISCOVERY DISCLOSURES DATE: Provided
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☑ Kwvspt  **Waiver of Speedy Trial Act Rights Executed.**