IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 APR 18  A 10: 53

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 3:06cr95-MHT |
| | ) | |
| DEXTER WAYNE SNIPES | ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Roianne Houlton Conner, and hereby gives notice to the parties of record and to the United States that she has been appointed to represent Dexter Wayne Snipes pursuant to the Criminal Justice Act and requests service on behalf of Dexter Wayne Snipes be directed to the undersigned at the address listed hereinbelow.

ROIANNE HOULTON CONNER (FRI021)

LAW OFFICE OF ROIANNE HOULTON CONNER
250 WINTON BLOUNT LOOP
MONTGOMERY, ALABAMA 36117
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
(334) 215-1988
(334) 215-7778 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Appearance upon the United States Attorney's Office: Attention Honorable Tommie B. Hardwick by mailing the same to her mailing address of to P.O. Box 197, Montgomery, Alabama on this the 18th day of April, 2006.

*/s/ Roianne Houlton Conner*
ROIANNE HOULTON CONNER