RECEIVED
2006 MAY 30 A 9:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In The United States District Court
For The Middle District Of Alabama
Eastern Divison

Dexter Wayne Snipe
v.                                    CR.NO. 3:06 CR 95 - MHT
United States Of America

## Motion To Schedule A Motion Hearing

MR. Snipe is requesting to schedule A motion hearing. (Grounds) to discuess motions in one hearing instead of numerous motions filed at different times.

According to the Federal Criminal Code and Rules, pursuant to Rule 12(c) of Rules of criminal procedure. (may also schedule A motion hearing.

Respectfully Submitted
Dexter Wayne Snipe

## Certificate of Service

Notice have been delivered by mail-out to:

    Office Of The Clerk
    United States District Court
    P.O. Box 711
    Montgomery, Alabama. 36101-0711

Notice have been delivered by mail-out to:

    U.S. Department Of Justice
    United States Attorney
    Middle District Of Alabama
    P.O. Box 197
    Montgomery, Al. 36101-0197

State of Alabama )
County of Montgomery )

I Lisa Hampton Davis, A Notary Public in and for said County and State, hereby certify that Dexter Wayne Snipe, who personally appeared before me and over nineteen (19) years of age Have read and know the contents of this document Hereby stated, it is true to the best of his knowledge and belief.

Given under my hand and official seal on May 25, 2006.

My Address: Post Office Drawer 159
Montgomery, Al. 36101

Petitioner Signature
Dexter Snipe
Notary Public Signature
Lisa Hampton Davis
My Commission Expire
March 17, 2009