| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE :   JUNE 2, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED:   12:57 - 1:00 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**   **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 3:06CR95-MHT-CSC**   **DEFENDANT NAME:   DEXTER W. SNIPES**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY.  ANNA COOK |

√   **DISCOVERY STATUS:** Completed.

___

√ **PENDING MOTION STATUS:**   NONE.

___

√   **PLEA STATUS:** Possible Plea or Possible Trial

___

√   **TRIAL STATUS:** Case will take 2 days, if goes to trial.

___

√   **REMARKS:** Court advised deft that he needs to carefully review all court orders that all motions should have been filed prior to today's pretrial conference.  Court will allow deft until Monday to file motions.

___