IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06-CR-95-MHT |
| | ) | |
| DEXTER WAYNE SNIPES | ) | |

## **ORDER**

Upon consideration of the motion to schedule a motion hearing (doc. # 15) filed by the defendant and as there are no motions pending, it is

ORDERED that the motion be and is hereby DENIED.

Done this 5th day of June, 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE