IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:06cr95-MHT |
| ) | |
| DEXTER WAYNE SNIPES ) | |

**NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTIONS**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Dexter Wayne Snipes notice of information of prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Sections 841(b)(1)(A)(ii) and 851. The prior convictions are as follows:

1. On or about May 14, 1991, the defendant was sentenced as a result of his conviction to Possession of Cocaine in the Circuit Court of Macon County, Alabama in case number, CC-90-036. The defendant was sentenced to 4 years split (serve 1 year imprisonment and 3 years probation). On October 8, 1992, the defendant's probation was revoked and he was ordered to serve his remaining three year sentence imprisonment.

2. On or about October 8, 1992, the defendant was sentenced as a result of his conviction to Possession of Cocaine in the Circuit Court of Macon County, Alabama in case number CC-92-154. The defendant was sentenced to serve four years imprisonment.

The United States will provide certified copies of the convictions prior to sentencing. The enhancement as applied in this case requires the mandatory imposition of a LIFE sentence.

Respectfully submitted this 3rd day of July 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail:tommie.hardwick@usdoj.gov
        ASB4152 W86T

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr95-MHT |
| | ) | |
| DEXTER WAYNE SNIPES | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Roianne Conner, (standby Counsel), and Inmate Dexter Snipes.  I further certify that a copy of the foregoing motion has been mailed postage prepaid to Inmate Defendant, Dexter Wayne Snipes, #7350, Post Office Box 159, Montgomery, Alabama 36101.

                                                 Respectfully submitted,

                                                 s/Tommie Brown Hardwick
                                                 TOMMIE BROWN HARDWICK
                                                 Assistant United States Attorney
                                                 One Court Square, Suite 201
                                                 Montgomery, AL 36104
                                                 Phone: (334)223-7280
                                                 Fax: (334)223-7135
                                                 E-mail: tommie.hardwick@usdoj.gov
                                                 ASB4152 W86T