# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

July 27, 2006

**N O T I C E**

TO:     COUNSEL OF RECORD AND DEFENDANT SNIPES
        Re:  Cr No. 3:06cr95-MHT, United States v Dexter Snipes

You are hereby notified that the jury list and juror profiles for jury selection in this case scheduled for Monday, August 7, 2006, before Judge Myron Thompson, will be available  at **9:00 a.m on Monday, August 7, 2006** in Courtroom 2FMJ, The Frank M. Johnson, Jr.  Courthouse Complex, One Church Street, Montgomery, Alabama.  The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such. .  Counsel **MUST** return **ALL** profiles to the Courtroom Deputy on the morning of jury selection.