IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                        ) | **CRIMINAL ACTION NO.** |
| ) | **3:06cr95-MHT** |
| **DEXTER WAYNE SNIPES**       ) | |

### ORDER

It is ORDERED that defendant Dexter Wayne Snipes's motion to suppress (Doc. No. 25) is set for hearing on August 4, 2006, at 2:00 p.m. in the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104. The government is to file a written response to the motion by August 4, 2006, at 9:00 a.m. Also, the government is to arrange for the presence of defendant Snipes at the hearing.

DONE, this the 3rd day of August, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**