IN THE DISTRICT COURT OF MACON COUNTY, ALABAMA

STATE OF ALABAMA
   Plaintiff,

CASE NO: _____

DEXTER SNIPES,
   Defendant.

## AFFIDAVIT FOR SEARCH WARRANT

Personally appeared before me, Judge Aubrey Ford, Jr., District Judge, the undersigned affiant, and after first being duly sworn, deposes and saith as follows:

My name is Detective Dan Motley. I am employed as a detective with the Tuskegee Police Department. I have been so employed for approximately one year. I have reason to believe that there is now being concealed certain property, to-wit: two DVD players, hair clippers and a television set at a safe, televisions and video cassette recorder at 303 E. Northside Street in Tuskegee, Alabama.

The facts tending to establish the grounds for issuance of a search warrant are as follows:
   This office, along with other agencies, have been investigating a number of burglaries in the Tuskegee area. On October 11, 2005, this officer learned that one suspect, known as Patrick Daniels, sold various stolen items to Dexter Snipes, a resident of the above referenced address. Based on the information gathered from the informant, this officer observed the residence of Dexter Snipes for approximately one and half weeks. While observing this residence, this officer noticed unusual amounts of traffic coming and going. Based on this information, this officer believes that contraband related to these burglaries may be at the residence of Dexter Snipes.
   This officer is further requesting that this department be allowed to enter the defendant's residence without knocking because he is known to carry weapons and is believed to be dangerous.
   Affiant shows that based on the above and forgoing facts and information affiant has probable cause to believe that the above described property is concealed upon the aforesaid premises and is subject to seizure and makes this affidavit so that a warrant may issue to search the said premises.

_____
Daniel Motley
Tuskegee Police Department

SWORN TO and SUBSCRIBED before me this the 31st day of October, 2005.

_____
AUBREY FORD
DISTRICT JUDGE