# SEARCH WARRANT

STATE OF ALABAMA
    Plaintiff,

CASE NO: _____

DEXTER SNIPES
    Defendant.

TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

Affidavit in support of an application for a search warrant having been made before me, and the Court's finding that grounds for the issuance exist or that there is probable cause to believe that they exist, pursuant to Rule 3.8 of the <u>Alabama Rules of Criminal Procedure</u>, you are hereby ordered and authorized to forthwith search:

The following person or place: The residence of Dexter Snipes, any vehicles parked in the yard at this residence, any storage bins in the yard, anything within the fenced area of the yard.

For the following property: DVD players, hair clippers and a television set, and any other stolen property and/or contraband.

And make return of this warrant and an inventory of all property seized thereunder before me within ( ) days [not to exceed 10 days] as required by law.

[✓] This warrant may only be executed in the daytime hours between two o'clock a.m. and eight o'clock p.m.

[ ] The Court finds probable cause to believe that a nighttime search is necessary, and this warrant may be executed at any time of the day or night.

ISSUED TO __Det. Daniel Motley__ at __10:45 am__, this __1st__ day of __November__ 2005.

_____
AUBREY FORD
DISTRICT JUDGE