RETURN and INVENTORY

I certify that I executed the foregoing Search Warrant as directed therein by searching the person or place therein described at 4:22 o'clock A .M., Nov. 4, 2005, and:

{ } Did not find and seize any property located thereon.

or:

{X} Found and seized the following – described property and made return of same to the Court at 4:27 o'clock A .M., Nov. 4th 2005

{X} Copy of warrant and endorsed copy of inventory left in accordance with Rule 3.11(a), Ala. Rules of Crim. Proc.

Date: 11-4-05

Det. Motley #205
Signature of Law Enforcement Officer

Investigator † Tuskegee P.D.
Title and Agency

Receipt

I acknowledge receipt of return of the foregoing Search Warrant and all items, if any, noted on the foregoing inventory, at the date and time noted above.

Date: 11/23/05

Judge/Magistrate