RETURN and INVENTORY

I certify that I executed the foregoing Search Warrant as directed therein by searching the person or place therein described at __4:22__ o'clock __A__ .M., __Nov. 4__, __2005__, and:

{ } Did not find and seize any property located thereon.

or:

{X} Found and seized the following – described property and made return of same to the Court at __4:27__ o'clock __A__ .M., __Nov. 4th 2005__

{X} Copy of warrant and endorsed copy of inventory left in accordance with Rule 3.11(a), Ala. Rules of Crim. Proc.

Date: __11-4-05__                  __Det. Motley #205__
                                   Signature of Law Enforcement Officer

                                   __Investigator  Tuskegee P.D.__
                                   Title and Agency

Receipt

I acknowledge receipt of return of the foregoing Search Warrant and all items, if any, noted on the foregoing inventory, at the date and time noted above.

Date:_____        _____
                                    Judge/Magistrate