IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA     )
     )
     v.     )     CR. NO. <u>3:06cr95-MHT</u>
     )
DEXTER WAYNE SNIPES     )

**<u>UNITED STATES' NOTICE OF APPEARANCE</u>**

Comes now the undersigned Assistant United States Attorney for the Middle District of

Alabama, Terry F. Moorer, and enters his notice of appearance on behalf of the United States in the

above-styled cause.

Respectfully submitted this the 7th day of August, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: terry.moorer@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. <u>3:06cr95-MHT</u>
)
DEXTER WAYNE SNIPES )

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 7, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system and served the same via hand delivery on pro se defendant:

Dexter Snipes.

Respectfully submitted,

/s/Terry F. Moorer
TERRY F. MOORER
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov