IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:06cr95-MHT |
| **DEXTER WAYNE SNIPES** | ) | |

## ORDER

For the reasons stated on the record, it is ORDERED that the government's motion in limine (Doc. No. 31) is granted.

The clerk of the court is DIRECTED to place this order under seal.

DONE, this the 8th day of August, 2006.

                                                     /s/ Myron H. Thompson  
                                       **UNITED STATES DISTRICT JUDGE**