## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE        AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __AUGUST 7, 2006__        AT __10:35__ A.M./P.M.

DATE COMPLETED __AUGUST 8, 2006__        AT __4:03__ A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR NO 2:06r95-MHT |
| ) | |
| DEXTER WAYNE SNIPES ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Tommie Hardwick | X | Dexter Wayne Snipes (pro-se) |
| | X | Atty Roianne H. Conner |
| | X | (stand-by) |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| David Sapp, | Anthony Green & Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Deputies | Court Reporter |

### JURORS

| | |
|---|---|
| 1. Laura Leanne Maraman | 7. Bonnie F. Stephens |
| 2. Lori L. Dixon | 8. Nora Carole Collier |
| 3. Emily Rebekah Moon | 9. Winda Fay Lathan |
| 4. Gloria Jean Sankey | 10. Patricia Lynn Phillips |
| 5. Stephen Bearss | 11. Demetrius Latanya Bass |
| 6. Amy P. Dugger | 12. Bobbie Jo Miller |

### ALTERNATES

13. Angelia Walton                          14. _____

## JURY SELECTION

| | |
|---|---|
| 10:35 a.m. | Court convened. Multiple voir dire begun (Cr Nos. **3:06cr95-MHT, USA v Snipes**; 2:05cr290-MHT, USA v Gordon; 2:06cr64-MHT, USA v Lewis and Reynolds; 2:05cr300-MHT, USA v Woods; and 2:05cr66-MHT, USA v Darter). Additional Voir Dire of proposed juror Bearss. Defendant's **Oral Motion** to disqualify AUSA Hardwick; **Oral Order** denying motion. |
| 1:55 p.m. | Jury seated; remaining panel members discharged. |
| 1:58 p.m | Recess. |
| 3:00 p.m. | Hearing out of jury's presence on motion to suppress. Witnesses sworn; Witness Rule invoked. |

**MINUTES**
**JURY TRIAL COMMENCING ON 8/7/06 BEFORE JUDGE MYRON H. THOMPSON**
**CR. NO. 2:06cr95-MHT, USA vs. DEXTER WAYNE SNIPES**

| | |
|---|---|
| 4:00 p.m. | Court directs that jury be excused until 8:45 a.m., 8/8/06. Oral argument heard. |
| 4:20 p.m. | Recess (matter under advisement) |
| 4:42 p.m. | Order to issue granting/denying motion to suppress, as stated on the record. Court's oral findings as to sufficiency of warrant. Government directed to furnish defendant copies of warrants. |
| 4:56 p.m | Court recess until 9:00 a.m. 8/8/06. |

<u>**8-8-06**</u>:

| | |
|---|---|
| 9:00 a.m. | In-chambers conference re absent juror and procedural issues. |
| 9:20 a.m. | Court reconvened. Government directed to redact the indictment. Defendant's **oral renewed motion** to suppress; **oral order** denying motion. FORFEITURE ISSUE: defendant's oral representation that he asserts no claim to the remaining guns, that no forfeiture proceeding is necessary, and that the guns may be automatically forfeited, if he is convicted. Government's motion to seal and sealed motion filed. |
| 9:30 a.m. | Recess. |
| 9:50 a.m. | Defendant's oral objection to arrest warrant (Court directs that warrant be marked as Defendant's exhibit 2 and treated as a suppression hearing exhibit) |
| 9:59 a.m. | In-chambers ex parte conference (on the record) on Government's sealed motion. **Oral Order** directing that any transcript of this portion of the proceeding be SEALED. |
| 10:08 a.m. | Recess. |
| 10:18 a.m. | In-chambers ex parte conference continues re sealed motion. |
| 10:25 a.m. | Jury seated and sworn. Witnesses (present)sworn; Witness Rule invoked. Court's preliminary instructions to jury. |
| 10:30 a.m. | Government's opening statement (AUSA Hardwick, 3 minutes). |
| 10:34 a.m. | Defendant's opening statement (2 minutes) |
| 10:36 a.m. | Government's evidence commenced. Joint stipulation of felony conviction read into record (AUSA Hardwick) and filed. Government's **Oral Motion** to substitute copies of firearms (G-4a, G-5a) for actual firearms (G-4,G-5). **Oral Order** granting motion. |
| 11:35 a.m | In-chambers conference continues re sealed motion. **Oral Order** granting motion. |
| 11:40 a.m. | Recess. |
| 11:45 a.m. | Government's evidence continues. |
| 12:00 p.m. | Government rests. Defendant's **Oral Motion** for judgment of acquittal; **Oral Order** denying motion. Defendant rests. Defendant waives right to testify and right |

**MINUTES**
**JURY TRIAL COMMENCING ON 8/7/06 BEFORE JUDGE MYRON H. THOMPSON**
**CR. NO. 2:06cr95-MHT, USA vs. DEXTER WAYNE SNIPES**

|  |  |
|---|---|
|  | to counsel. |
| 12:06 p.m. | Recess. |
| 1:05 p.m. | Parties' review of proposed jury charge. |
| 1:30 p.m. | Trial continued; no objections to charge. Defendant's **Oral Renewed Motion** for judgment of acquittal; **Oral order** denying motion. |
| 1:40 p.m. | Government's closing arguments (AUSA Moorer, 10 minutes). Defendant's closing arguments (5 minutes). Government's rebuttal (AUSA Hardwick, 10 minutes). |
| 2:05 p.m. | Jury excused. Defendant's objections to proposed charge; objections overruled. |
| 2:10 p.m. | Jury seated and charged. Jury excused. Defendant's objection to Court's charge; objection overruled. Jury seated; alternate excused. |
| 2:42 p.m | Jury's deliberations commenced. |
| 3:13 p.m. | Jury question. |
| 3:22 p.m. | Court's review of jury question with parties; parties' proposed response. |
| 3:30 p.m | Jury seated; Court's Oral response to question. |
| 3:32 p.m. | Jury's deliberations continued. Defendant's renewed **Oral Motion** for judgment of aquittal; **Oral Order** denying motion. |
| 3:50 p.m. | JURY VERDICT of guilty as to all counts. Jury polled and discharged. Defendant adjudicated guilty; sentencing set for 10/12/06; Defendant remanded. |
| 4:03 p.m. | Court adjourned. |