IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA                           3:06-cr-95-MHT

      v

DEXTER WAYNE SNIPES

---

    GOVERNMENT                                      DEFENDANT

<u>WITNESS LIST</u>
(SUPPRESSION HEARING)

1. DANIEL MOTLEY

2. TOMMY CHEATHAM

3. JAMES NELMS