| | | | | | | UNITED STATES OF AMERICA |
|---|---|---|---|---|---|---|
| | GOVERNMENT EXHIBITS | | | | | v |
| | SUPPRESSION HEARING | | | | | DEXTER WAYNE SNIPES<br>3:06cr95-MHT |
| | | | | | | JUDGE MYRON H. THOMPSON<br>MITCHELL REISNER |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| YES | 8/8/2006 | 8/8/2006 | AA | Motley | | Affidavit for Search Warrant |
| YES | 8/8/2006 | 8/8/2006 | BB | Motley | | Search Warrant |
| YES | 8/8/2006 | 8/8/2006 | CC | Motley | | Return and Inventory |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *Exhibits located in expansion folders w/case file |
| | | | | | | |
| | | | | | | |