IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA                    3:06-cr-95-MHT

    v

DEXTER WAYNE SNIPES

---

GOVERNMENT                                  DEFENDANT

WITNESS LIST
(JURY TRIAL)

1. DANIEL MOTLEY

2. TOMMY CHEATHAM

3. JAMES NELMS

4. MELISSA K. ARMSTRONG

5. THERON T. JACKSON