|  | Govt's<br>EXHIBITS<br><br>JURY TRIAL COMMENCING 8/7/06 | | | | | UNITED STATES OF AMERICA<br><br>v<br><br>DEXTER WAYNE SNIPES<br>Cr No. 3:06cr95-MHT | |
|---|---|---|---|---|---|---|---|
| | | | | | | JUDGE MYRON THOMPSON, PRESIDING<br>Mitchell Reisner, Court Reporter | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| *Yes | 8-8-06 | 8-8-06 | 1 | Nelms | | Drug Evidence | |
| *Yes | 8-8-06 | 8-8-06 | 2 | Nelms | | Drug Evidence | |
| *Yes | 8-8-06 | 8-8-06 | 3 | Nelms | | Drug Evidence | |
| *Yes | 8-8-06 | 8-8-06 | 4 | Nelms | | Armi Fabbri .380 Caliber Pistol | |
| Yes | 8-8-06 | 8-8-06 | 4a | Nelms | | Photo of Armi Fabbri .380 Caliber Pistol | |
| *Yes | 8-8-06 | 8-8-06 | 5 | Nelms | | Hi Point .380 Caliber Pistol | |
| Yes | 8-8-06 | 8-8-06 | 5a | Nelms | | Photo of Hi Point .380 Caliber Pistol | |
| | | | 6 | | | SKS Norinco | |
| | | | 6a | | | Photo of SKS Norinco | |
| | | | 7 | | | Snipes fingerprint Cards | |
| | | | 8 | | | Certified Conviction 3:96cr157-001 | |
| | | | 9 | | | Certified Conviction, CC 92-154 | |
| | | | 10 | | | Certified Conviction, 90-36 | |
| Yes | 8-8-06 | 8-8-06 | 11 | Armstrong | | Certificate of Analysis | |
| *Yes | 8-8-06 | 8-8-06 | 12 | Jackson | | .380 Armi Fabbri Clip | |
| *Yes | 8-8-06 | 8-8-06 | 13 | Jackson | | Hi Point Clip .380 | |
| | | | | | | | |
| | | | | | | EXHIBITS LOCATED IN EXPANSION FOLDER WITH CASE FILE | |
| | | | | | | | |
| | | | | | | NO EXHIBITS FROM DEFENDANT | |

**\*SENSITIVE EXHIBITS RETURNED TO THE GOVERNMENT AT THE CONCLUSION OF TRIAL.**

_Tommie Brown Hardwick_          8-8-06
Signature                              Date