IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 03:06cr95-MHT |
| | ) | |
| DEXTER WAYNE SNIPES | ) | |
| | ) | |

### JOINT STIPULATION OF FELONY CONVICTION AND IDENTITY

The defendant, Dexter Wayne Snipes, pro se, and the United States of America, by and through its representative, Assistant United States Attorney Tommie Brown Hardwick, hereby agree that the jury may accept as a proven fact that the defendant, Dexter Wayne Snipes, has been convicted of a felony offense, that is a crime punishable by a term of imprisonment exceeding one year, as that term is applied in the Indictment and Title 18, United States Code, Section 922(g)(1).

Respectfully submitted this 8th day of August, 2006.

_____
DEXTER WAYNE SNIPES, Defendant
Pro Se

_____
TOMMIE BROWN HARDWICK
Assistant U.S. Attorney