FILED
APR - 5 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. __3:06CR95-MHT__ |
| v. ) | [21 USC 841(a)(1); |
| ) | 21 USC 844(a); |
| DEXTER WAYNE SNIPES ) | 18 USC 924(c)(1)(A)(i); |
| ) | 18 USC 922(g)(1)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about the 4th day of November, 2005, in Macon County, within the Middle District of Alabama,

DEXTER WAYNE SNIPES,

defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance which contains cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

On or about the 4th day of November, 2005, in Macon County, within the Middle District of Alabama,

DEXTER WAYNE SNIPES,

defendant herein, did knowingly and intentionally possess marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## COUNT 3

On or about the 4th day of November, 2005, in Macon County, within the Middle District of Alabama,

DEXTER WAYNE SNIPES,

defendant herein, did knowingly use and carry an Armi Fabri, Model GT 380, .380 Caliber Pistol, bearing SN T67385, and a HiPoint, Model CF 380, .380 Caliber Pistol, bearing SN P782936, during and in relation to a drug trafficking offense as charged in Count 1 herein, and did possess said firearms in furtherance of a drug trafficking offense as charged in Count 1 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

On or about the 4th day of November, 2005, in Macon County, within the Middle District of Alabama,

DEXTER WAYNE SNIPES,

defendant herein, having been convicted of a felony that is a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama did knowingly possess, in and affecting commerce, the ammunition and the firearms listed below:

1. Armi Fabri, Model GT 380, .380 Caliber Pistol, SN T67385.

2. HiPoint, Model CF 380, .380 Caliber Pistol, SN P782936

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney

*[signature]*
JOHN T. HARMON
Assistant United States Attorney