IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

**NOTE FROM THE JURY**

CASE No. 3:06cr95-MHT     DATE August

STYLE OF CASE: _____

(1) In the "Certificate of Analysis" page 2 of 2 item 3A is stated as having a weight in grams of 47.58. Item 3B is stated as having "no analyses." Was the 47.58 for 3A ONLY or for both 3A and 3B?