IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. ACTION NO. |
| | ) | 3:06cr95-MHT |
| DEXTER WAYNE SNIPES | ) | |

### VERDICT

### COUNT I

As to the charge in Count I of the indictment, we, the jury, find the defendant, Dexter Wayne Snipes,

_____ NOT GUILTY

\_\_\_X\_\_\_ GUILTY

If you find the defendant, Dexter Wayne Snipes, guilty of Count I, please indicate the net amount of controlled substances that you find him accountable for according to the instructions you were given:

\_\_47.58\_\_ grams of cocaine base

### COUNT II

As to the charge in Count II of the indictment, we, the jury, find the defendant, Dexter Wayne Snipes,

```
_____   NOT GUILTY

___X___    GUILTY
```

If you find the defendant, Dexter Wayne Snipes, guilty of Count II, please indicate the net amount of controlled substances that you find him accountable for:

__8.42__ grams of marijuana

## COUNT III

As to the charge in Count III of the indictment, we, the jury, find the defendant, Dexter Wayne Snipes,

```
_____   NOT GUILTY

___X___    GUILTY
```

If you find the defendant, Dexter Wayne Snipes, guilty of Count III, place a check next to each firearm from the indictment, listed below, that the government has proved beyond a reasonable doubt that defendant Snipes illegally possessed:

__X__   Armi Fabri, Model GT 380, .380 Caliber Pistol, bearing SN T67385

__X__   HiPoint, Model CF 380, .380 Caliber Pistol, bearing SN P782936

2

## COUNT IV

As to the charge in Count IV of the indictment, we, the jury, find the defendant, Dexter Wayne Snipes,

_____    NOT GUILTY

\_\_X\_\_\_    GUILTY

If you find the defendant, Dexter Wayne Snipes, guilty of Count IV, place a check next to each firearm from the indictment, listed below, that the government has proved beyond a reasonable doubt that defendant Snipes illegally possessed:

X    Armi Fabri, Model GT 380, .380 Caliber Pistol, bearing SN T67385

X    HiPoint, Model CF 380, .380 Caliber Pistol, bearing SN P782936

SO SAY WE ALL.

_____
Foreperson

DATED: August 8, 2006