IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 3:06cr95-MHT |
| **DEXTER WAYNE SNIPES** ) | |

## ORDER

It is ORDERED that defendant Dexter Wayne Snipes's motion to suppress (doc. no. 44), is denied for the reasons already given in earlier opinions and orders.

DONE, this the 23rd day of August, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**