IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:06cr95-MHT |
| DEXTER WAYNE SNIPES | ) | |

## ORDER

Upon consideration of defendant Dexter Wayne Snipes's renewed motion for judgment of acquittal (doc. no. 44), it is ORDERED that the motion is denied.

DONE, this the 23rd day of August, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE