IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr95-T |
| | ) | |
| DEXTER WAYNE SNIPES | ) | |

<u>MOTION TO ADD PUBLICATION DATES TO RECORD</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on September 21, 28 and October 5, 2006, regarding the subject forfeiture action.

Respectfully submitted this 27th day of September, 2006.

                                                FOR THE UNITED STATES ATTORNEY
                                                LEURA G. CANARY

                                      /s/John T. Harmon
                                      John T. Harmon
                                      Assistant United States Attorney
                                      Bar Number: 7068-II58J
                                      Office of the United States Attorney
                                      Middle District of Alabama
                                      One Court Square, Suite 201 (36104)
                                      Post Office Box 197
                                      Montgomery, Alabama 36101-0197
                                      Telephone:(334) 223-7280
                                      Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I electronically filed the foregoing Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Brown Hardwick** and **Terry F. Moorer.**

I hereby certify that I have mailed by United States Postal Service the foregoing Motion to Enter Preliminary Order of Forfeiture to the following non-CM/ECF participant:

**Dexter Wayne Snipes (USMS #09832002)**
c/o Montgomery City Jail
Post Office Drawer 159
Montgomery, Alabama.

                                   Respectfully submitted,

                                   /s/John T. Harmon
                                   John T. Harmon
                                   Assistant United States Attorney
                                   Office of the United States Attorney
                                   Middle District of Alabama
                                   One Court Square, Suite 201 (36104)
                                   Post Office Box 197
                                   Montgomery, Alabama 36101-0197
                                   Telephone:(334) 223-7280
                                   Facsimile:(334) 223-7560