IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:06cr95-MHT |
| **DEXTER WAYNE SNIPES** | ) | |

<u>ORDER</u>

It is ORDERED that the motion to add publication dates to record (doc. no. 51) is granted.

DONE, this the 28th day of September, 2006.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**