AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

|  MIDDLE  | DISTRICT OF | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA

**NOTICE**

V.

DEXTER WAYNE SNIPES

CASE NUMBER:   3:06cr95-MHT

TYPE OF CASE:

☐ **CIVIL**         X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | 10/12/2006 @ 10:00 a.m. | 10/12/2006 @ 2:00 p.m |

Debra P. Hackett, Clerk

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

10/10/2006

DATE

(BY) DEPUTY CLERK