# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   OCTOBER 12, 2006           AT          2:50          A.M./P.M.

DATE COMPLETED   OCTOBER 12, 2006           AT          3:19          A.M./P.M.

UNITED STATES OF AMERICA          )
                                  )
    v                             )   Cr No. 3:06cr95-MHT
                                  )
DEXTER WAYNE SNIPE                )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Tommie Hardwick | X<br>X<br>X<br>X<br>X | Dexter Snipes, pro se<br>Roianne Conner, Standby Counsel |

COURT OFFICIALS PRESENT:

Anthony Green,            Danielle Goldstein,      Mitchell Reisner,
  Courtroom Deputy            Law Clerk              Court Reporter

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   **SENTENCING HEARING**

2:50 p.m.      Sentencing hearing commenced.
               Defendant's Exhibits 3-5 offered and admitted in support of
               his position that his rights were violated.  Defendant's
               **ORAL MOTION** for Judgment of Acquittal; **ORAL ORDER** denying
               motion.  Defendant's objection(s) to PSR; objection(s)
               overruled.  Parties' recommendations as to proposed
               sentence.  Sentence imposed at 249 months.  Defendant's
               NOTICE OF APPEAL (oral and written).  Government's **MOTION** to
               Correct Defendant's Name (to "Snipe") filed; **ORAL ORDER**
               granting motion and directing that the record be modified to
               correct defendant's last name. Government's **oral motion** to
               modify preliminary forfeiture order to exclude specific
               firearm, as stated on the record; **ORAL ORDER** granting
               motion.  Defendant remanded.
3:19 p.m.      Hearing adjourned.