|  | Defendant's<br>EXHIBITS<br><br>SENTENCING HEARING COMMENCING 10/12/06 |  |  |  | UNITED STATES OF AMERICA<br><br>v<br><br>DEXTER WAYNE SNIPE<br>CR NO. 3:06cr95-MHT | |
|---|---|---|---|---|---|---|
|  |  |  |  |  | JUDGE MYRON THOMPSON, PRESIDING<br>Mitchell Reisner, Court Reporter | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|  |  |  | 1 |  |  |  |
|  |  |  | 2 |  |  |  |
| Yes | 10-12-06 | 10-12-06 | 3 | --------- |  | Executed Warrant Issued in 3:05cr198-A |
| Yes | 10-12-06 | 10-12-06 | 4 | --------- |  | Warrant Issued in 3:05cr198-A |
| Yes | 10-12-06 | 10-12-06 | 5 | --------- |  | Page 6 of Docket Sheet in 3:05cr198-A |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  | Exhibits Located in Expansion Folder with Case File |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |