IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr95-MHT |
| | ) | |
| DEXTER SNIPES | ) | |

### UNOPPOSED MOTION TO CORRECT DEFENDANT'S NAME

COMES NOW the United States of America, by and through its attorney, Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this unopposed motion to correct the spelling of defendant's name.

On October 2, 2006, during a conference with Defendant Wayne Snipe, stand-by counsel Roianne Conner, Probation Officer Jo Ann Sellers, and Assistant United States Attorney Tommie Brown Hardwick, the defendant advised that his last name is spelled without the "s" at the end. The defendant stated that he would not object to a motion to correct the spelling of his last name.

Therefore the government submits this motion to correct the spelling from "Snipe<u>s</u>" to reflect "Snipe," without the "s" in all court documents, including the instant motion.

Respectfully submitted on this 12th day of October 2006.

Respectfully submitted,
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr95-MHT |
| | ) | |
| DEXTER SNIPES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2006, I filed in open court the foregoing with the Clerk of the Court and served the same via hand delivery on pro se defendant: Dexter Snipes and stand-by counsel, Roianne Conner, Esq.

                                                         Respectfully submitted,

                                                         LEURA G. CANARY
                                                         UNITED STATES ATTORNEY

                                                         /s/ Tommie Brown Hardwick
                                                         TOMMIE BROWN HARDWICK
                                                         Assistant United States Attorney
                                                         Post Office Box 197
                                                         Montgomery, Alabama 36101-0197
                                                         (334) 223-7280
                                                         (334) 223-7135 fax
                                                         tommie.hardwick@usdoj.gov