RECEIVED

OCT 12 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | CRIMINAL NUMBER |
| | ) | 3:06cr00095-MHT |
| DEXTER WAYNE SNIPE | ) | |

# NOTICE OF APPEAL

Notice is hereby given that DEXTER WAYNE SNIPES, above named, hereby appeals to the United States Court of Appeals for the eleventh Circuit from the _Verdict and final judgment_ entered in this action on the _____ day of _____, 2006.

_Dexter Snipes_
Signature

_Oct. 12, 2006_
Date of Signature

_P.O. Box 159_
_Tuskt. Ala. 36101_
Address

_Praying, Howlton Comes_
_Stand by Attorney_