In The United States District Court
For The Middle District Of Alabama
Eastern Division

RECEIVED
2006 OCT 20 A 9:35
[...] P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dexter Wayne Snipe       )
V.                       ) Criminal Action No.
                         ) 3:06 cr 95 - MHT
United States Of America )

## Motion To Produce Documents Intered Into Evidence At Sentencing

Come now the defendant, Dexter Wayne Snipe. Respectfully move the Court for an order to produce document presented at sentencing and intered into evidence as exhibit #2, #3, and #4, on October 12, 2006.

I certify under penalty of perjury that this is true to the best of my knowledge.

Respectfully Submitted
Dexter Wayne Snipe
*Dexter Snipe*

## Certificate Of Service

Notice have been delivered by mail-out to:

    Office Of The Clerk
    United States District Court
    P.O. Box 711
    Montgomery, Alabama. 36101-0711

Notice have been delivered by mail-out to:

    Roianne Houlton Conner
    Attorney At Law
    250 Winton Blount Loop
    P.O. Box 240458
    Montgomery, Al. 36124