IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v   ) | CR. NO. 3:06cr95-MHT |
| ) | |
| DEXTER WAYNE SNIPES   ) | |

**ORDER**

Upon consideration of the motion to produce documents (doc. # 60) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED. The defendant has not demonstrated any need for the documents sought.

Done this 23rd day of October, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE