# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| ALM | Snipes, Dexter | *Dexter Snipe* | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| | 3:06-000095-001 | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
| U.S. v. Snipes | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)    If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 841A=ND.F -- NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE

**RECEIVED 2006 NOV -7 P 2:18 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA**

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

APPEAL TO THE UNITED STATES COURT OF APPEALS, 11TH CIRCUIT

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

SUPPRESSING HEARING PROCEEDINGS HELD ON 8/7/06, JURY SELECTION/TRIAL HELD 8/7-8/06, & SENTENCING PROCEEDINGS HELD 10/12/06 BEFORE JUDGE THOMPSON, M. REISNER/CR

14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary)    Judge's Initials

A. Apportioned Cost ___% of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Real Time Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. **ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney ____ (Stand By Counsel)    Date 11/7/06

Printed Name: Dexter Snipe pro se
Telephone Number: 334-215-1988

☐ Panel Attorney  ☐ Retained Atty  ☑ Pro-Se  ☐ Legal Organization

16. **COURT ORDER**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order: 11/9/2006    Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS
MITCHELL P. REISNER
222 Cloverfield Rd.
Hope Hull, AL 36043
Telephone Number: 265-2500

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE
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

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | 8-7-06 | 72 | 3.30 | | | 237.60 |
| Copy | 8-8-06 | 141 | 3.30 | | | 465.30 |
| Expenses (itemize): | 10-12-06 | 23 | 3.30 | | | 75.90 |
| | | | TOTAL AMOUNT CLAIMED: | | | $778.80 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: *Mitchell P. Reisner*    Date: 11-8-06

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ____    Date 11/8/06

## APPROVED FOR PAYMENT - COURT USE ONLY

23. APPROVED FOR PAYMENT

Signature of Judicial Officer or Clerk ____    Date 11/9/2006

24. AMOUNT APPROVED: 778.80