IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr95-T |
| | ) | |
| DEXTER WAYNE SNIPE | ) | |

<u>UNITED STATES OF AMERICA'S MOTION</u>
<u>FOR A FINAL ORDER OF FORFEITURE</u>

The United States of America, by its undersigned counsel, respectfully submits its corrected Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on August 14, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Dexter Wayne Snipe to forfeit:

> **One Armi Fabri, Model GT 380, .380 Caliber Pistol, Serial Number T67385;**
>
> **One HiPoint, Model CF 380, .380 Caliber Pistol, Serial Number P782936;**
>
> **One HiPoint, Model JCP, .40 Caliber Pistol, Serial Number X704309;**
>
> **One North China Industries, Model SKS, 7.62 Caliber Rifle, Serial Number 600668; and,**
>
> **One Winchester, Model 1911, 12 Gauge Shotgun, Serial Number 30755.**

That notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of

their alleged legal interest in the firearms was published in the Montgomery Independent newspaper on September 21, 28 and October 5, 2006; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests this Court enter the proposed Final Order of Forfeiture attached hereto.

Respectfully submitted this 27th day of November, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Brown Hardwick** and **Terry F. Moorer.**

I hereby certify that I have mailed by United States Postal Service the foregoing Motion to the following non-CM/ECF participant:

**Dexter Wayne Snipe (USMS #09832002)**
c/o Montgomery City Jail
Post Office Drawer 159
Montgomery, Alabama.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov