```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   EASTERN DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )   CR. NO. 3:06cr95-MHT
                              )         (WO)
DEXTER WAYNE SNIPE            )
```

                    FINAL ORDER OF FORFEITURE

WHEREAS, on August 14, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Dexter Wayne Snipe to forfeit the following firearms:

**One Armi Fabri, Model GT 380, .380 Caliber Pistol, Serial Number T67385;**

**One HiPoint, Model CF 380, .380 Caliber Pistol, Serial Number P782936;**

**One HiPoint, Model JCP, .40 Caliber Pistol, Serial Number X704309;**

**One North China Industries, Model SKS, 7.62 Caliber Rifle, Serial Number 600668; and,**

**One Winchester, Model 1911, 12 Gauge Shotgun, Serial Number 30755.**

The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The Court finds that defendant Dexter Wayne Snipe had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion for final order of forfeiture (doc. no. 68) is granted as follows:

1. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> **One Armi Fabri, Model GT 380, .380 Caliber Pistol, Serial Number T67385;**
>
> **One HiPoint, Model CF 380, .380 Caliber Pistol, Serial Number P782936;**
>
> **One HiPoint, Model JCP, .40 Caliber Pistol, Serial Number X704309;**
>
> **One North China Industries, Model SKS, 7.62 Caliber Rifle, Serial Number 600668; and,**
>
> **One Winchester, Model 1911, 12 Gauge Shotgun, Serial Number 30755.**

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America, and all firearms shall be disposed of according to law;

    3.    The U.S. District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

    4.    The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

    SO ORDERED this the 28th day of November, 2006.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE