```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )
         v.                 )   CR. NO. 3:06cr95-MHT
                            )
DEXTER WAYNE SNIPE          )
```

<u>UNITED STATES OF AMERICA'S MOTION</u>
<u>TO SUBSTITUTE FINAL ORDER OF FORFEITURE</u>

The United States of America, by its undersigned counsel, respectfully submits its Motion to Substitute and states as follows:

On November 28, 2006, this Court entered a Final Order of Forfeiture, ordering defendant Dexter Wayne Snipe to forfeit:

**One Armi Fabri, Model GT 380, .380 Caliber Pistol, Serial Number T67385;**

**One HiPoint, Model CF 380, .380 Caliber Pistol, Serial Number P782936;**

**One HiPoint, Model JCP, .40 Caliber Pistol, Serial Number X704309;**

**One North China Industries, Model SKS, 7.62 Caliber Rifle, Serial Number 600668; and,**

**One Winchester, Model 1911, 12 Gauge Shotgun, Serial Number 30755.**

The Armi Fabri, Model GT 380, .380 Caliber Pistol, bearing serial number T67385 was reported stolen and should not be included in the firearms to be forfeited by defendant Dexter Wayne Snipe to the United States.

The United States submits herewith an Amended Final Order of Forfeiture reflecting the firearms to be forfeited by defendant Dexter Wayne Snipe.

Respectfully submitted this 5th day of January, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, I electronically filed the foregoing Motion to Substitute Final Order of Forfeiture and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Brown Hardwick.**

I hereby certify that I have mailed by United States Postal Service the foregoing Motion to the following non-CM/ECF participant:

**Dexter Wayne Snipe (USMS #09832002)**
c/o Montgomery City Jail
Post Office Drawer 159
Montgomery, Alabama.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov