IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 1 4 2007
THOMAS K. KAHN
CLERK
```

RECEIVED
2007 FEB 21 A 9: 53
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

No. 06-15509-E

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEXTER WAYNE SNIPE,

Defendant-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

O R D E R:

Appellant is currently before this Court pro se with Attorney Roianne Conner representing Appellant as stand-by counsel. Upon review of the motions filed by Appellant himself, this Court believes that Appellant's interests are best served by appointing Ms. Conner to represent Appellant fully in this appeal and by rescinding Appellant's pro se status. Accordingly, the motions filed by Appellant himself are DENIED.

Attorney Roianne Conner is hereby appointed to represent Appellant in this appeal as full counsel, not as stand-by counsel. Ms Conner will be responsible for

all aspects of this appeal, including, but not limited to, ordering any necessary transcripts not already on file, preparing and filing Appellant's brief and record excerpts, and appearing at oral argument if this Court determines argument is desirable.

Counsel is reminded to communicate with Appellant about his appeal and to serve Appellant himself with a copy of his brief, upon its completion. However, decisions about the issues to be raised and the contents of the brief are to be made by counsel in her considered professional judgment. Appellant may not file an additional brief or memorandum.

_____
UNITED STATES CIRCUIT JUDGE