# United States Court of Appeals
For the Eleventh Circuit

No. 06-15509

District Court Docket No.
06-00095-CR-T-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Aug 2, 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

DEXTER WAYNE SNIPE,

    Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
AUG 3 1 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:    August 2, 2007
For the Court:    Thomas K. Kahn, Clerk
By:    Jackson, Jarvis

2007 SEP -4 P 12: 17  RECEIVED