IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| v.                             ) | CRIMINAL ACTION NO. |
| ) | 3:06cr95-MHT |
| **DEXTER WAYNE SNIPE**         ) | |

<u>ORDER</u>

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on August 2, 2007, affirming the judgment of conviction and sentence pronounced in this case as to defendant Dexter Wayne Snipe on October 12, 2006, and entered on October 12, 2006 (Doc. no. 56), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on August 31, 2007, and received in the office of the clerk of this court on September 4, 2007 (Doc. no. 78), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Dexter Wayne Snipe on October 12, 2006,

and entered on October 12, 2006 (Doc. no. 56), is continued in full force and effect.

DONE, this the 13th day of September, 200.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE