IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        3:06cr95-MHT
                            )            (WO)
DEXTER WAYNE SNIPE          )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered June 30, 2016, and after an independent and de novo review of the record, it is ORDERED, pursuant to 18 U.S.C. § 3582(c)(2), that defendant Dexter Wayne Snipe's previously imposed sentence of imprisonment (as

reflected in the last judgment issued) of 195 months is reduced to 172 months.

DONE, this the 30th day of June, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**